# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **CV 13-1697 GHK (RZ)** | Date | **April 17, 2014** |
|---|---|---|---|
| Title | **MARK CUTLIR v. J. SADLER, et al.** | | |

| Present: The Honorable | **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE** |
|---|---|

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      In Chambers –
**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND FAILURE TO SERVE**

On April 8, 2013, the Court ordered the U.S. Marshal to attempt to serve process for Plaintiff once he sent the Marshal the required information about who and where the Defendants were to be served.  On May 28, the Court reminded and warned Plaintiff as follows:

> The Complaint herein was filed on March 18, 2013.  On April 8, 2013, the Court issued its Order re Further Proceedings reminding Plaintiff that pursuant to Federal Rule of Civil Procedure 4(m), if service of the summons and complaint was not accomplished within 120 days after the filing of the complaint, the action would be subject to dismissal for failure to prosecute.
> The Court notes that Plaintiff still has not filed proofs of service of the summons and complaint herein.  The 120-day period will expire on July 16, 2013.  **Plaintiff is warned that his failure to effectuate service by that date may result in the dismissal of the action by reason of plaintiff's failure to prosecute.**

On December 16, the Court extended the deadline for 90 days, *i.e.*, through March 16, 2014.

The docket as of April 17, 2014 reflects no proofs of service of process on (or any appearance by) any Defendant.  Moreover, the Court asked the Marshal's office on April 16 whether that office has received any service-related materials from Plaintiff.  On April 17, the Marshal's office answered no.

Accordingly, within 21 days, Plaintiff shall show cause in writing why the Court should not dismiss this action without prejudice for failure to prosecute and failure to serve.

|  | : |
|---|---|
| Initials of Preparer | igb |