O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK CUTLIR, | ) | CASE NO. CV 13-01697 GHK (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| J. SADLER, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: 8/5/14

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE