O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CUTLIR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. SADLER, ET AL.,<br><br>　　　　Defendants. | CASE NO. CV 13-01697 GHK (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 8/5/14

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE